| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>Lucero, Carlos F | 2. Court or Organization<br>US Court of Appeals - 10th Cir | 3. Date of Report<br>5/5/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>Article III Judge - Active | 5. ReportType (check appropriate type)<br>● Nomination    Date<br>○ Initial    ◉ Annual    ● Final | 6. Reporting Period<br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br>1823 Stout Street<br>Denver, CO 80257 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____    Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President & Director | ▓▓▓▓▓▓▓ ...ssional Corporation |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED May 16 3 05 PM '05 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Estate of ▮▮▮ | Installment Note to purchase 1/2 interest in ▮▮▮ Rio Arriba County, NM (Part VII, Line 5) | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Lucero, Carlos F | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain 1 (A- H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Commercial Building; Alamosa County, Colorado | E | Rent | M | W | | | | | |
| 2. Apartments; Alamosa County, Colorado | E | Rent | M | W | | | | | |
| 3. 1/4 section Farm Land; Conejos County, Colorado | A | Rent | K | W | | | | | |
| 4. Single Unit Rental; Alamosa County, Colorado | D | Rent | K | W | See *4 | 7/25 | L | F | State Farm Insurance |
| 5. 1/2 Interest Rio Arriba County, New Mexico | | None | L | R | See *5 | | | | |
| 6. Vacant Lot; Jefferson County, Colorado | | None | L | W | | | | | |
| 7. Lucero, Ltd. Partnership | A | Dividend | M | U | See *1 | | | | |
| 8. | A | Dividend | K | U | See *2 | | | | |
| 9. LCM, Inc. | F | Dividend | O | T | See *3 | | | | |
| 10. TD Waterhouse IRA Account | D | Dividend | N | T | | | | | |
| 11. -- AIM Asia Pacific Growth Fund Class A | | | | | Sell | 5/3 | K | D | |
| 12. -- Emerald Mut Funds Select Bkg & Fin Fd Cl A | | | | | Buy | 8/25 | K | | |
| 13. | | | | | Buy | 8/26 | J | | |
| 1. | | | | | Buy | 12/30 | J | | |
| 15. -- Hussman Invt Tr. Strategic Growth Fund | | | | | Buy | 3/17 | L | | |
| 16. | | | | | Sell | 9-15 | M | D | |
| 17. -- Icon Fds Long/Short Fund Class I | | | | | Buy | 2/27 | L | | |
| 18. | | | | | Buy | 12/22 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and B4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$6,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lucero, Carlos F | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. — Ishares Tr S&P Latin Amer 40 Index FD | | | | | Buy | 10/12 | K | | |
| 20. — Ishares Trust MSCI Emerging Markets Index Fund | | | | | Buy | 9/27 | L | | |
| 21. — Needham Small Cap Growth Fund | | | | | Sell | 3/16 | L | E | |
| 22. — Scudder Micro Cap Fund Cl A | | | | | Buy | 10/12 | K | | |
| 23. — Sunamerica Focused Large Cap Growth Fund Class A | | | | | Sell | 2/4 | L | E | |
| 24. — Sunamerica Focused Multi Cap Value A | | | | | Sell | 11/18 | L | E | |
| 25. — Sunamerica Focused Technology Port A | | | | | Buy | 11/8 | L | | |
| 26. TD Waterhouse Brokerage Account: | | | | | | | | | |
| 27. — AIM Asia Pacific Growth Fund Class A | A | Dividend | | | Sell | 4/28 | K | D | |
| 28. — Brazos Mut Fds Micro Cap Portfolio Cl Y | A | Dividend | K | T | Buy | 9/14 | K | | |
| 29. — Dreyfus Premier Enterprise Fund Class A | A | Dividend | | | Sell | 3/11 | K | D | |
| 30. — Emerald Mut Funds Select Bkg & Fin Fd Cl A | A | Dividend | K | T | Buy | 12/22 | K | | |
| 31. — Harris Assoc. Invt. Trust - Oakmark Select | A | Dividend | K | T | Buy | 12/10 | J | | |
| 32. — Hussman Invt. Trust - Strategic Growth Fund | B | Dividend | K | T | Buy | 11/22 | J | | |
| 33. — Icon Fds Long/Short Fund Class I | B | Dividend | L | T | Buy | 4/23 | K | | |
| 34. | | | | | Buy | 12/22 | K | | |
| 35. | | | | | Buy | 12/22 | J | | |
| 36. — Icon Fds Healthcare Fd | A | Dividend | K | T | Buy | 12/29 | K | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lucero, Carlos F | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Charles Shwab Brokerage Account: | | | | | | | | | |
| 38. – First Data Corporation | A | Dividend | K | T | | | | | |
| 39. – Schwab 1000 Fund | A | Dividend | K | T | Buy | 12/10 | J | | |
| 40. – Schwab Muni Money Fund | A | Dividend | K | T | Buy | 12/31 | J | | |
| 41. Equitable Life Assurance Society (Annuity ████████ | D | Dividend | M | W | See *2 | | | | |
| 42. Safeco Life Insurance Company (Annuity ████████ | D | Dividend | M | W | See *2 | | | | |
| 43. ██Colorado Bondshares Mutual Fund | D | Interest | N | T | | | | | |

| 1. Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | ● = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

*1 - Assets over $10,000 value consist of ▮▮▮▮▮▮ land, water rights, equipment, livestock and related property.

*2 - Assets over $10,000 value consist of office furniture, law partnership income earned prior to June 30, 1995. For tax purposes, annuity income from lines 41 and 42 is reported at ▮▮▮▮▮

*3 - Assets over $10,000 value consists of mutual funds.

*4 - House was destroyed by fire on July 25, 2004. Insurance company paid $95,206 for damages in 2004.

*5 - Purchased on January 1, 2003 for $50,174 from the Estate of ▮▮▮▮▮ Property subject to mortgage (Part VI, Line 1).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____   Date  May 10, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544